IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | NOTICE OF MOTION FOR NON-DISPOSITIVE PRETRIAL RELIEF |
| -vs- | |
| GOGOLACK ET AL., <br>            Defendants. | 23-CR-00099 |

| | |
|---|---|
| MOTION MADE BY: | Cheryl Meyers Buth and Mark Foti, attorneys for <u>Peter Gerace, Jr.</u>; Donald Thompson and George Muscato, attorneys for <u>John Ermin</u>; Daniel Henry and Frank Bogulski, attorneys for <u>Howard Hinkle</u> |
| DATE, TIME, AND PLACE | May 21, 2025, at 10:00 a.m. or at a date and time determined by the Court, Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo, NY 14202 |
| SUPPORTING PAPERS | Memorandum in Support |
| RELIEF REQUESTED: | A. Motion for a Bill of Particulars <br><br> B. Motion to Strike Surplusage <br><br> C. Motion for Rule 12 Notice <br><br> D. Motion for Rule 16 Discovery <br><br> E. Motion for Disclosure of Grand Jury Recordings <br><br> F. Motion for Prompt Disclosure of Brady Material and Information <br><br> G. Motion for Early Disclosure of Jencks Material |

1

    H. Motion for Change of Vicinage

    I. Motion for Severance

    J. Motion for Preservation of Rough Notes and Other Evidence

    K. Motion for F.R.E. 404(B), 608 & 609 Notice and Evidence

    L. Motion to Reveal Identity of Informant(S)

    M. Motion for Leave to Join in Co-Defendant's Motions

    N. Motion for Leave to Make Other Pretrial Motions

Please Note: Oral Argument and Reply Briefing Requested.

        Respectfully submitted,

DATED:  Orchard Park, New York
      April 16, 2025

        s/ Cheryl Meyers Buth\_\_\_
        Cheryl Meyers Buth, Esq.
        MEYERS BUTH LAW GROUP, PLLC
        *Attorneys for Defendant Peter Gerace, Jr.*
        21 Princeton Place, Suite 105
        Orchard Park, New York 14127
        (716) 508-8598
        cmbuth@mblg.us

DATED:  Rochester, New York
      April 16, 2025

        s/ Mark A. Foti _____
        Mark A. Foti, Esq.
        THE FOTI LAW FIRM, P.C.
        *Attorneys for Defendant Peter Gerace, Jr.*
        16 W. Main Street – Suite 100
        Rochester, New York 14614
        (585) 461-1999
        mark@fotilaw.com

DATED:     Rochester, New York
           April 16, 2025

                                        s/ Donald M. Thompson
                                        Donald M. Thompson, Esq.
                                        EASTON THOMPSON KASPEREK
                                        SHIFFRIN LLP
                                        *Attorneys for Defendant John Ermin*
                                        16 W. Main Street – Suite 243
                                        Rochester, New York 14614
                                        (585) 423-8290
                                        dmthompson@etksdefense.com

DATED:     Lockport, New York
           April 16, 2025

                                        s/ George V. C. Muscato
                                        George V. C. Muscato, Esq.
                                        MUSCATO & VONA, LLP
                                        *Attorneys for Defendant John Ermin*
                                        107 East Avenue
                                        Lockport, New York 14094
                                        (716) 434-9177
                                        georgemuscato@gmail.com

DATED:     Hamburg, New York
           April 16, 2025

                                        s/ Daniel J. Henry
                                        Daniel J. Henry, Jr., Esq.
                                        Frank Bogulski, Esq.
                                        Attorneys for Howard Hinkle
                                        16 Main Street
                                        Hamburg, New York 14075
                                        (716) 648-0510
                                        dhenry@villariniandhenry.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 16, 2025, this motion and its attached memorandum are served on all counsel of record by electronically filing the submission with the Clerk of the United States District Court for the Western District of New York using the Court's Case Management/Electronic Case Filing system.

DATED:      April 16, 2025
                   Rochester, New York

                                                s/Mark A. Foti
                                                Mark A. Foti, Esq.