IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA,

-vs-

GOGOLACK ET AL.,

        Defendants.

NOTICE OF MOTION FOR
DISPOSITIVE PRETRIAL RELIEF

23-CR-00099

---

| | |
|---|---|
| MOTION MADE BY: | Cheryl Meyers Buth and Mark Foti, attorneys for Peter Gerace, Jr. |
| DATE, TIME, AND PLACE | At a date and time determined by the Court at a Status Conference on August 20, 2025 at the Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo, NY 14202 |
| SUPPORTING PAPERS | Memorandum in Support |
| RELIEF REQUESTED: | A. Motion To Dismiss Counts 1-3 Pursuant to Fed. R. Crim. P. 12(B)(3)(B) |
| | B. Motion to Dismiss Based on Defective Grand Jury Proceedings |
| | C. Motion to Dismiss Based on Prosecutorial Steering |
| | D. Motion to Dismiss or Suppress Due to the Subpoena Compelling Production From the Defendant's Investigator |
| | E. Motion for Leave to Join in Co-Defendant's Motions |
| | F. Motion for Leave to Make Other Pretrial Motions |

1

Please Note: Oral Argument and Reply Briefing Requested.

                                                    Respectfully submitted,

DATED:    Orchard Park, New York
                 August 8, 2025

                                                s/ Cheryl Meyers Buth
                                                Cheryl Meyers Buth, Esq.
                                                MEYERS BUTH LAW GROUP, PLLC
                                                *Attorneys for Defendant Peter Gerace, Jr.*
                                                21 Princeton Place, Suite 105
                                                Orchard Park, New York 14127
                                                (716) 508-8598
                                                cmbuth@mblg.us

DATED:    Rochester, New York
                 August 8, 2025

                                                s/ Mark A. Foti
                                                Mark A. Foti, Esq.
                                                THE FOTI LAW FIRM, P.C.
                                                *Attorneys for Defendant Peter Gerace, Jr.*
                                                16 W. Main Street – Suite 100
                                                Rochester, New York 14614
                                                (585) 461-1999
                                                mark@fotilaw.com