UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

          v.

SIMON GOGOLACK, a/k/a Greek,
PETER GERACE, JR.,
JOHN THOMAS ERMIN, a/k/a Tommy O,
MICHAEL RONCONE, a/k/a Cone,
FRANK KNIGHT, and
HOWARD HINKLE, JR., a/k/a Hard How,

          Defendants.
_____

**ORDER SETTING TRIAL DATE**

1:23-CR-00099 EAW

      A jury trial as to defendants Simon Gogolak, Peter Gerace, Jr., John Thomas Ermin, Michael Roncone, Frank Knight, and Howard Hinkle, Jr. ("Defendants") is scheduled to commence on <u>Monday, June 8, 2026, at 9:00 a.m</u>.  The location of the trial is still to be determined.  This is a day-certain trial that will not be adjourned.  Jury selection will continue until a jury has been selected.  The trial will proceed each subsequent day commencing at approximately 9:00 a.m., and continuing until approximately 5:00 p.m.  While counsel and the parties should plan on this schedule, the schedule will be discussed more specifically as the trial date approaches.  The Court is planning on the trial lasting up to three months, and counsel and the parties should plan accordingly.  As the trial date approaches, the Court will issue a pretrial order that will, *inter alia*, set the date for a pretrial

- 1 -

conference and deadlines for pretrial submissions. The Court will also make a determination on the location of the trial.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
Chief Judge
United States District Court

Dated: August 22, 2025
Rochester, New York